**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| D'ANDRE L. WILLIAMS, by and through | ) | |
| his Guardian ad Litem, DAVID WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:04-CV-631 CAS |
| | ) | |
| CITY OF BEVERLY HILLS, MISSOURI, | ) | |
| POLICE OFFICER JAMES THIEL, | ) | |
| CITY OF PINE LAWN, MISSOURI, | ) | |
| POLICE OFFICER JOSH FOX, and | ) | |
| MARCUS A. FORT, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED JUDGMENT AND ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that the Judgment and Order of Dismissal is **vacated**. [Doc. 58]

**IT IS FURTHER ORDERED** that plaintiff's claims under 42 U.S.C. § 1983 in Counts III and VIII against defendants Officer James Thiel and Officer Josh Fox in their official capacities are **DISMISSED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendants City of Beverly Hills and City of Pine Lawn on plaintiff's claims under 42 U.S.C. § 1983 in Counts IV and IX.

**IT IS FURTHER ORDERED** that plaintiff's remaining state law claims in Counts I, II, V, VI, VII, X and XI are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that costs are assessed against plaintiff.


_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**


Dated this  31st  day of March, 2006.